United States Courts
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

*January 22, 2026*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § § | Criminal No.   4:22-cr-00490-5 |
| **JEREMY CADI FORD** § | |
| **Defendant** § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Information:

### COUNT 1
### Obstruction of Mail
### (18 U.S.C. § 1701)

On or about February 21, 2022, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant

### JEREMY CADI FORD

did knowingly and willfully obstruct and retard the passage of mail, that is she possessed and deposited a check which had been mailed to a Commercial Mail Receiving Agency box located at 6140 Hwy. 6, Missouri City, Texas, knowing that she was not the intended recipient of the mail.

All in violation of Title 18, United States Code Section 1701.

NICHOLAS J. GANJEI
United States Attorney

By: *Michael Day*
MICHAEL E. DAY
Assistant United States Attorney

1